Jeremy J. Thompson
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
Tel: 702-697-7527
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| YOSEF ISHAKI,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BANK OF AMERICA, N.A., JP MORGAN CHASE BANK, N.A. and BMW FINANCIAL SERVICES, N.A.,<br><br>    Defendants. | Case No. 2:20-cv-01705-JCM-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 8, 2020 through and including **November 23, 2020**. Plaintiff and Equifax are actively engaged in

. . .

. . .

. . .

. . .

. . .

66126911v.1

1  settlement discussions. The additional time to respond to the Complaint will facilitate settlement
2  discussions. This stipulation is filed in good faith and not intended to cause delay.

3  DATED: October 2, 2020                      Respectfully submitted,

4                                              CLARK HILL, PLLC

5                                              By:/s/ Jeremy J. Thompson
6                                                  JEREMY J. THOMPSON, Esq.
                                                   Nevada Bar No. 12503
7                                                  CLARK HILL, PLLC
                                                   3800 Howard Hughes Pkwy
8                                                  Suite 500
                                                   Las Vegas, NV 89169
9                                                  Tel: 702-697-7527
                                                   Fax: 702-862-8400
10                                                 Email: jthompson@clarkhill.com

11                                              Attorneys for Defendant
                                                EQUIFAX INFORMATION SERVICES LLC
12

13  DATED: October 2, 2020                      Agreed & Consented to:

14                                              LAW OFFICES OF ROBERT M. TZALL

15                                              By:/s/ Robert M. Tzall
16                                                  Robert M. Tzall, Esq.
                                                    LAW OFFICES OF ROBERT M. TZALL
17                                                  1481 Warm Springs Road
                                                    Suite 135
18                                                  Henderson, NV 89014
                                                    Tel: 702-666-0233
19                                                  Email: office@tzalllegal.com

20                                              Attorneys for Plaintiff

21
22
23  IT IS SO ORDERED:

24  [signature]
25  _____
    United States Magistrate Judge
26
    DATED: October 5, 2020
27          _____
28

-2-

66126911v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I presented the foregoing JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ *Jeremy J. Thompson*
Jeremy J. Thompson
Attorney for Defendant
Equifax Information Services LLC

- 3 -

66126911v.1