Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YOSEF ISHAKI,<br><br>   Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS;, INC.; BANK OF AMERICA; JPMORGAN CHASE BANK, N.A.; BMW FINANCIAL SERVICES, N.A.<br><br>   Defendants. | CASE NO.  2:20-cv-01705-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff Yosef Ishaki's complaint currently is due October 8, 2020.  Chase has requested, and Plaintiff has agreed, that Chase has up to and including October 22, 2020 to respond to Plaintiff's complaint, to provide time for Chase to investigate Plaintiff's allegations.

*[Continued on following page.]*

DMWEST #40579277 v1

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: October 6, 2020

| BALLARD SPAHR LLP | THE LAW OFFICES OF ROBERT M. TZALL |
|---|---|
| By: /s/ Lindsay Demaree | By: /s/ Robert Tzall |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Robert M. Tzall<br>Nevada Bar No. 13412<br>2551 N. Green Valley Parkway<br>Building C, Suite 303<br>Henderson, NV 89014<br>(702) 666-0233<br>office@tzalllegal.com |
| *Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 8, 2020

DMWEST #40579277 v1                    2