**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5443
(214) 871-2111 Fax
rswernofsky@qslwm.com
**Counsel for Trans Union LLC**

**Designated Attorney for Personal Service**
Kurt Bonds, Esq., Nevada Bar No. 6228
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YOSEF ISHAKI,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., BMW FINANCIAL SERVICES, N.A.,<br><br>  Defendants. | Case No. 2:20-CV-01705-JCM-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Yosef Ishaki, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Yosef Ishaki and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated: October 21 2022

**IT IS SO ORDERED**

*/s/ James C. Mahan*
**HONORABLE JAMES C. MAHAN**
UNITED STATE DISTRICT JUDGE

5780527.1                                                                 1

1
2
3  /s/ Rachael Swernofsky                          /s/ Robert M. Tzall
   Rachael Swernofsky                              Robert M. Tzall
4  Nevada Bar No. 15465                            office@contemporarylegalsolutions.com
   Quilling Selander Lownds                        Contemporary Legal Solutions PLLC
5  Winslett & Moser, P.C.                          2551 North Green Valley Parkway
   6900 N Dallas Parkway, Suite 800                Building C, Suite 303
6  Plano, TX 75024                                 Henderson, Nevada 89014
   (214) 560-5443                                  (702) 666-0233
7  (214) 871-2111 Fax                              **Counsel for Plaintiff**
8  rswernofsky@qslwm.com
   **Counsel for Trans Union LLC**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5780527.1                                                                              2